Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

UNITED STATES DISTRICT COURT
for the
District of Arizona

_____ Division

FILED ___ LODGED
___ RECEIVED ___ COPY

NOV 08 2023

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

Barbara Stuart Robinson
Plaintiff(s)

(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

BMO Bank N.A (Phoenix)
Defendant(s)

(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No. CV23-02334-PHX-DJH
(to be filled in by the Clerk's Office)

Jury Trial: (check one) ☒ Yes ☐ No

Complaint
Unconstitutional Retaliation

## COMPLAINT FOR A CIVIL CASE

I. The Parties to This Complaint

   A. The Plaintiff(s)

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Barbara Stuart Robinson
   Street Address: 232 S, 12th Ave
   City and County: Phoenix, AZ 85007
   State and Zip Code: Arizona 85007
   Telephone Number: 602-309-5744
   E-mail Address: Stuart98499@gmail.com

   B. The Defendant(s)

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1
    Name: BMO Bank N.A.
    Job or Title (if known): Banking
    Street Address: 51 E Camelback Rd
    City and County: Phoenix, AZ
    State and Zip Code: Arizona 85012
    Telephone Number: 602-279-3620
    E-mail Address (if known):

Defendant No. 2
    Name:
    Job or Title (if known):
    Street Address:
    City and County:
    State and Zip Code:
    Telephone Number:
    E-mail Address (if known):

Defendant No. 3
    Name:
    Job or Title (if known):
    Street Address:
    City and County:
    State and Zip Code:
    Telephone Number:
    E-mail Address (if known):

Defendant No. 4
    Name:
    Job or Title (if known):
    Street Address:
    City and County:
    State and Zip Code:
    Telephone Number:
    E-mail Address (if known):

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[X] Federal question   [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

9th Amendment Individual Rights.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual

   The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

   b. If the plaintiff is a corporation

   The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

   The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

Page 3 of 5

      b.     If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.     **The Amount in Controversy**

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

Compensatory Relief, Damages, medical Bills and Demand for Punitive Award.

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Bmo Bank Intentionally Retaliated against FDIC Request from Insurer to Customer, making Pending funds Reasonably available, but Instead, withheld.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

1. Plaintiff Demand Fair Compensation for Pain and Suffering Damages Caused after withholding Pending funds,

2. Plaintiff Demands Fair Compensation for Emotional Distress caused after Withholding Pending funds.

## Relief

3. Plaintiff Demands Punitive award due to Intentional and willful Malice caused over and over again to customer account, making funds available then taking It back Creating a negative account Causing Extreme emotional up and downs that Is unreasonable to FDIC Insurer Standards and Practices and Directly Caused mental and Emotional Harm to customer due to Bmo Bank Oil will and malicious actions resulted to Pain and Suffering and medical bills and cost.

## Damages

1. Pain and Suffering
2. Emotional Distress
3. Malice with Intent to Harm
4. Unconstitutional Retaliation

⑤

Facts –

① Bmo Bank Retaliated against Customer after Customer called about Pending funds that never posted to her account.

② Bmo Bank Ontentionally withheld Customer Pending funds that was refunded by merchant due to Bmo Bank N. A malicious motives and Intent to Control the Customer FDIC Inquiry to post available funds.

③ Bmo Bank unConstitutionally used Retaliation as a motive to maliciously deny posting customers pending funds resulting to harm and Damages.

④ Bmo Bank Directly Caused harm and Damages after the Customer demanded Reasonable FDIC due process, In violation of Customer Individual Rights.

⑥

## Cause of Action

1. Unconstitutional Retaliation of FDIC Insurer and Customer Rights, In violation of Individual Rights protected under the 9th Amendment.

## Claim for Relief

1. Demand for Fair Compensation for Pain and Suffering, Emotional Distress and Punitive Award prayed.

## Demand for Relief

Compensating Relief in the amount of $36,000

Punitive Award (unspecified Amount).



## Statement of Claim Upon Which Relief Can Be Granted

BMO Bank N.A Is Required to Provide the Customer Barbara Stuart Robinson with <u>All</u> FDIC policy and Practices with Fairness and without Retaliation and they did not, the Customer has a Legal Right to Enforce Constitutional Individual Rights under 9th Amendment of the Constitution Since Federal [FDIC] Insurer and Customer Regulations as Due process of law and and practices

BMO Bank violated these Rights that Resulted in harm and Damages Claimed for Relief.



Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 11/8/2023

Signature of Plaintiff: Barbara Stuart Robinson
Printed Name of Plaintiff: Barbara Stuart Robinson

### B. For Attorneys

Date of signing: _____

Signature of Attorney _____
Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____
Street Address _____
State and Zip Code _____
Telephone Number _____
E-mail Address _____

